USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/12/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUCHIKA RAMAKRISHNAN,

                Plaintiff,

-against-

BANK OF AMERICA, N.A., et al.,

                Defendants.

26-CV-03328 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

       In light of Plaintiff's filing of an Amended Complaint, *see* Dkt No. 19, Defendant Bank of America N.A.'s motion to dismiss at Dkt. No. 15 is hereby DENIED as moot without prejudice to refiling or renewing.

       Pursuant to the Court's Individual Rule II(B)(6), by no later than **June 24, 2026**, Defendant must (1) answer the Amended Complaint; (2) file a new or supplemental motion to dismiss; or (3) submit a letter on ECF stating that they rely on the previously filed motion to dismiss and proposing a briefing schedule for the motion, preferably on consent. If Defendant chooses to file a supplemental motion to dismiss, it must be filed using the Motion to Dismiss ECF filing event and may incorporate by reference any portions of the briefing, declarations, or exhibits filed with its original motion to dismiss. Any such supplemental briefing may not exceed five double-spaced pages. If Defendant chooses to file a new or supplemental motion to dismiss in response to the amended complaint, Plaintiff may not file a second amended complaint without prior leave of Court.

       SO ORDERED.

Dated:  June 12, 2026
         New York, New York

                                     MARGARET M. GARNETT
                                     United States District Judge