USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/13/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUCHIKA RAMAKRISHNAN,

Plaintiff,

-against-

BANK OF AMERICA, N.A., et al.,

Defendants.

26-CV-03328 (MMG)

**ORDER OF DISMISSAL**

MARGARET M. GARNETT, United States District Judge:

The Court having been advised that Plaintiff and Defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Merrill Lynch") have reached a settlement in principle, it is ORDERED that the claims against Merrill Lynch only be and are hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **within 60 days** of the date of this Order if the settlement is not consummated.

To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis.

If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

All deadlines as to Merrill Lynch only are VACATED. The Clerk of Court is respectfully directed to terminate Merrill Lynch from this case.

Dated: August 13, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge